IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

WESLEY L. ADKINS,

           **Plaintiff,**

v.                                                          **CASE NO. 24-3210-JWL**

STATE OF KANSAS, et al.,

           **Defendants.**

**MEMORANDUM AND ORDER**

This civil rights action under 42 U.S.C. § 1983 comes before the Court on Plaintiff's pro se motion for extension of time (Doc. 4) to comply with the notice of deficiency (Doc. 3) issued on November 21, 2024. The motion will be granted and Plaintiff will be granted to and including February 21, 2025 to comply with the notice of deficiency. No further extensions will be granted.

**IT IS THEREFORE ORDERED** that the Motion for Extension of Time (Doc. 4) is **granted.** Plaintiff is granted to and including February 21, 2025 in which to comply with the notice of deficiency issued on November 21, 2024 (Doc. 3).

**IT IS SO ORDERED.**

DATED:  This 13th day of December, 2024, at Kansas City, Kansas.

                                                  S/ John W. Lungstrum
                                                  JOHN W. LUNGSTRUM
                                                  United States District Judge